

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freshta Y Nayab, individually and on behalf of others similarly situated<br><br>**Plaintiff,**<br>V.<br>Capital One Bank, N.A.<br><br>**Defendant.** | Civil Action No.  16cv3111-CAB-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the First Amended Complaint is dismissed with prejudice.

Date:  6/23/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ L. Fincher
L. Fincher, Deputy