

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freshta Y Nayab, individually and on behalf of others similarly situated<br><br>Plaintiff,<br>V.<br><br>Capital One Bank, N.A.<br><br>Defendant. | Civil Action No. 16cv3111-CAB-MDD<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the First Amended Complaint is dismissed with prejudice.

Date: 6/23/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ L. Fincher

L. Fincher, Deputy